NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**GROVER MARTIN,**
*Claimant-Appellant,*

v.

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7097

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-0375, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

Eric K. Shinseki, Secretary of Veterans Affairs, moves without opposition for a 10-day extension of time, until June 20, 2013, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

GROVER MARTIN V. SHINSEKI                                    2

The motion is granted.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s21